**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| O'NEIL & ASSOCIATES, INC., | : | Case No. 3:26-cv-00038 |
| | : | |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| THE MANITOWOC COMPANY, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

## NOTICE OF DEFICIENCY AND ORDER

---

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2). Plaintiff O'Neil & Associates, Inc. has not filed a diversity disclosure statement as required by that Rule. Plaintiff is therefore **ORDERED** to file such a statement no later than fourteen days from the date of this Order. A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.

   **IT IS SO ORDERED.**

   *s/ Caroline H. Gentry*
   Caroline H. Gentry
   United States Magistrate Judge