**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| O'NEIL & ASSOCIATES INC., | : | Case No. 3:26-cv-38 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman<br>Magistrate Judge Peter B. Silvain, Jr. |
| THE MANITOWOC COMPANY, INC., *et al.*, | : | |
| Defendants. | : | |

**ORDER OF REFERENCE**

This case is before the Court upon Defendants' Motion for Referral to Mediation (Doc. #26) and Plaintiff's Response (Doc. #27).

Defendants' Motion for Referral to Mediation (Doc. #26) is hereby **GRANTED**. This case is hereby referred to United States Magistrate Judge Caroline H. Gentry solely for the purposes of conducting a mediation. Magistrate Judge Gentry shall have full authority to conduct the mediation and shall report to District Judge Michael J. Newman whether or not it has resulted in settlement of this case.

**IT IS SO ORDERED.**

September 30, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge
ADR Coordinator